```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                           DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )            8:08CR29
                               )
          v.                   )
                               )
TONY WRIGHT,                   )            ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's application to proceed without prepayment of fees and affidavit (Filing No. 49).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; defendant is permitted to proceed without prepayment of fees.

DATED this 26th day of March, 2009.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court