IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR29 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY WRIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal court (Filing No. 48). The Court has reviewed the motion and finds that plaintiff should file a response. Accordingly,

IT IS ORDERED that plaintiff shall file a response to said motion on or before May 1, 2009.

DATED this 26th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court