IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR29 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY WRIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 63). A certificate of appealability with respect to the denial of his motion filed pursuant to 28 U.S.C. § 2255 (Filing Nos. 61 and 62) is necessary.

Title 28, United States Code, § 2253(c)(1)(B) provides:

> Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the Court of Appeals from --
>
> * * *
>
> (B) the final order in a proceeding under § 2255.

Section 2253(c)(2) provides:

> A certificate of appealability may issue under Paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

After reviewing the defendant's § 2255 motion (Filing No. 48), the response of the government (Filing Nos. 55 and 56) and this Court's order and judgment denying that motion, the

Court finds defendant has failed to make a substantial showing of the denial of a constitutional right, and his request for certificate of appealability will be denied.  Accordingly,

IT IS ORDERED that defendant's application for certificate of appealability is denied.

DATED this 2nd day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court